The facts are identical with those in *Stuart* v. *Everly*, *ante*, p. 551, [195 Pac. 701].

Z. B. Stuart, *in pro. per.*, C. W. Byrer and J. W. Hocker for Appellant.

Ralph C. McComish for Respondent.

THE COURT.—It is stipulated by the parties to this appeal that the facts are identical with those of the case entitled "*Z. B. Stuart* v. *Rose Everly*," *ante*, p. 551, [195 Pac. 701], and in which the order appealed from was affirmed. For the reasons given at length in that opinion the same result must follow in this case.

The order is affirmed.

---

[Civ. No. 3225. Second Appellate District, Division Two.—December 24, 1920.]

FRANK W. STEVENS, Appellant, v. SOUTHERN PACIFIC LAND COMPANY (a Corporation), Respondent.

PUBLIC LANDS—RESTORATION TO PUBLIC DOMAIN—APPROVAL OF REPORT OF SMILEY COMMISSION.—Judgment affirmed on authority of *Stevens* v. *Southern Pacific Land Co.*, *ante*, p. 596, [195 Pac. 712].

APPEAL from a judgment of the Superior Court of Riverside County. Hugh H. Craig, Judge. Affirmed.

The facts are in all material respects the same as in *Stevens* v. *Southern Pacific Land Co.*, *ante*, p. 596.

J. C. Needham and L. L. Dennett for Appellant.

Frank Thunen for Respondent.

THE COURT.—The facts in this proceeding are in all material respects the same as in *Stevens* v. *Southern*

*Pacific · Land Co., ante,* p. 596, [195 Pac. 712]. For the reasons there given, the judgment is affirmed.

A petition to have the cause heard in the supreme court, after judgment in the district court of appeal, was denied by the supreme court on February 21, 1921.

All the Justices concurred.

---

[Civ. No. 3226. Second Appellate District, Division Two.—December 24, 1920.]

MARY V. BEGGS, Appellant, v. SOUTHERN PACIFIC LAND COMPANY (a Corporation), Respondent.

PUBLIC LANDS—RESTORATION TO PUBLIC DOMAIN—APPROVAL OF REPORT OF SMILEY COMMISSION.—Judgment affirmed on authority of *Stevens* v. *Southern Pacific Land Co., ante,* p. 596, [195 Pac. 712].

APPEAL from a judgment of the Superior Court of Riverside County. Hugh H. Craig, Judge. Affirmed.

The facts are stated in the opinion of the court.

J. C. Needham and L. L. Dennett for Appellant.

Frank Thunen for Respondent.

THE COURT.—The facts in this proceeding are in all material respects the same as in *Stevens* v. *Southern Pacific Land Co., ante,* p. 596, [195 Pac. 712]. For the reasons there given, the judgment is affirmed.

A petition to have the cause heard in the supreme court, after judgment in the district court of appeal, was denied by the supreme court on February 21, 1921.

All the Justices concurred.